IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

STEPHEN DUNK,

        **Plaintiff,**

v.

AARON M. CASTROS, et al.,

        **Defendants.**

Case No. 23-CV-01252-SPM

# JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Court's Order of July 28, 2025 (Doc. 49), this matter is **DISMISSED with prejudice**.

**DATED: July 28, 2025**

                MONICA A. STUMP,
                Clerk of Court


                By: *s/ Jackie Muckensturm*
                      Deputy Clerk


APPROVED: *s/ Stephen P. Mc*Glynn
            STEPHEN P. MCGLYNN
           U.S. District Judge